JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL-RAYMOND GALLIMORE, | Case No. SACV 23-1392-JFW (JPR) |
| Plaintiff, | |
| v. | **J U D G M E N T** |
| ANTONY J. BLINKEN et al., | |
| Defendants. | |

Pursuant to the Order Summarily Dismissing Action With Prejudice, IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: August 24, 2023

JOHN F. WALTER
U.S. DISTRICT JUDGE